PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andrew Binkowski  Cr.: 04-00389-001
PACTS #: 37805

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/23/2004

Original Offense: Bank Robbery; 18 U.S.C. 2113(a) and 2

Original Sentence: 170 months imprisonment, 3 years supervised release

Special Conditions: Drug/alcohol testing and treatment; mental health treatment, financial disclosure, no new debt, DNA collection, $1,556 restitution, $100 Special Assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 9/28/2016

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☑ To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (6 MONTHS)**

You shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges pursuant to the rules of the facility. Subsistence shall be waived. You may be discharged from the facility prior to the expiration of the 6-month term if suitable residence has been approved by the U.S. Probation Office.

Prob 12B – page 2
Andrew Edward Binkowski

## CAUSE

The U.S. Probation Office was recently informed by the Bureau of Prisons that Mr. Binkowski is to be released from custody on September 28, 2016, without a viable residence. Mr. Binkowski has signed the attached *Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision*, agreeing to a modification of his conditions of supervised release which dictates that he serve six months in a residential reentry center. Should he locate suitable housing prior to the expiration of the six-month term, he may be discharged from the facility with the approval of the U.S. Probation Office.

Respectfully submitted,

By: Joseph A. DaGrossa /s/
U.S. Probation Officer
Date: 09/23/2016

---

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ No Action

☐ Other

Jerome B. Simandle, USDJ
Signature of Judicial Officer
for Hon. Robert B. Kugler

Sept. 26, 2016
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (6 MONTHS)**

You shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall be eligible for weekend privileges pursuant to the rules of the facility. Subsistence shall be waived. You may be discharged from the facility prior to the expiration of the 6-month term if suitable residence has been approved by the U.S. Probation Office.

Witness: *A. Dewalt*       Signed: *Andrew Binkowski*
                                    Probationer or Supervised Releasee
                                    Andrew Edward Binkowski

A. DeWalt, Case Manager
Authorized by the Act of July 7,       9/23/2016
1955, as amended to administer         Date
oaths (18 USC 4004).